IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO. INC.,<br><br>Defendant. | C.A. No. 13-537-SLR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Vehicle Operation Technologies LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant American Honda Motor Co. Inc. ("Defendant") to respond to the Complaint filed in this matter until June 5, 2013. The grounds for this motion are that Defendant has requested this additional time, and Plaintiff has agreed, to allow Defendant to investigate the claims asserted against Defendant, to obtain Delaware counsel, and to prepare an appropriate response.

| | |
|---|---|
| May 1, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/Richard D. Kirk (No. 922)*<br>Richard D. Kirk (No. 922) |
| Marc A. Fenster | Stephen B. Brauerman (No. 4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (No. 5398) |
| RUSS, AUGUST & KABAT | 222 Delaware Avenue, Suite 900 |
| 12424 Wilshire Boulevard, Twelfth Floor | P.O. Box 25130 |
| Los Angeles, California 90025 | Wilmington, DE  19899 |
| (310) 826-7474 | (302) 655-5000 |
| mfenster@raklaw.com | rkirk@bayardlaw.com |
| agiza@raklaw.com | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff,*<br> *Vehicle Operation Technologies LLC* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge