IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 13-537-SLR |
| AMERICAN HONDA MOTOR CO., INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 13-538-SLR |
| BMW OF NORTH AMERICA, LLC, | ) ) ) | |
| Defendant. | ) | |
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 13-539-SLR |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 13-540-SLR |
| GENERAL MOTORS COMPANY, | ) ) ) | |
| Defendant. | ) | |

| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civ. No. 13-541-SLR |
| NISSAN NORTH AMERICA, INC., | ) |
| Defendant. | ) |

| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civ. No. 13-542-SLR |
| PORSCHE CARS NORTH AMERICA, INC., | ) |
| Defendant. | ) |

| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civ. No. 13-712-SLR |
| MITSUBISHI MOTORS NORTH AMERICA, INC., | ) |
| Defendant. | ) |

# ORDER

At Wilmington this 3rd day of May, 2013, having been assigned the above captioned related cases;

IT IS ORDERED that, on or before **May 17, 2013**, counsel for plaintiff shall inform the court as to whether the need for coordinated discovery and/or *Markman*

2

3

proceedings is anticipated as to the above cases and, if so, when a joint scheduling conference might most efficiently be conducted.

                                                                                            *[signature]*
                                                                          United States District Judge