

**BAYARD**

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
sbrauerman@bayardlaw.com

May 16, 2013

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Judge Sue L. Robinson  
The United States District Court for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801-3568

    *Vehicle Operation Technologies LLC v. American Honda Motor Co. Inc.*, C.A. No. 13-537-SLR  
    *Vehicle Operation Technologies LLC v. BMW of N. America LLC*, C.A. No. 13-538-SLR  
    *Vehicle Operation Technologies LLC v. Ford Motor Co.*, C.A. No. 13-539-SLR  
    *Vehicle Operation Technologies LLC v. General Motors Co.*, C.A. No. 13-540-SLR  
    *Vehicle Operation Technologies LLC v. Nissan N. America Inc.*, C.A. No. 13-541-SLR  
    *Vehicle Operation Technologies LLC v. Porsche Cars N. America Inc.*, C.A. No. 13-542-SLR  
    *Vehicle Operation Technologies LLC v. Mitsubishi Motors N. America Inc.*, C.A. No. 13-712-SLR

Dear Judge Robinson:

    I write on behalf of Vehicle Operation Technologies LLC ("VOT") to advise the Court that, after conferring with all Defendants in the above referenced matters, and in response to the Court's May 3, 2013 Order, VOT anticipates the need to coordinate the scheduling of the above referenced cases for discovery and *Markman* proceedings, without formally consolidating them. The parties respectfully request that the Court schedule a joint Rule 16 Scheduling Conference at the Court's earliest convenience during the week of July 22, 2013. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

Respectfully submitted,

/s/ *Stephen B. Brauerman*

Stephen B. Brauerman (sb4952)

cc:    All counsel

