IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC., | : | |
| Plaintiff, | : | C.A. No. 13-537-SLR |
| v. | : | |
| AMERICAN HONDA MOTOR CO., INC., | : | |
| Defendant. | : | |

### DEFENDANT'S ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE OF Richard R. Wier, Jr. and Shannon Larner Brainard of Marshall Dennehey Warner Coleman & Goggin as counsel for Defendant American Honda Motor Co., Inc. in the above-captioned matter. This Entry of Appearance shall not be construed as a waiver of any jurisdictional defects in service upon the Defendant. Defendant specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects that are available.

> MARSHALL DENNEHEY WARNER
> COLEMAN & GOGGIN
>
> /s/ Richard R. Wier, Jr.
> Richard R. Wier, Jr., Esq. (#716)
> Shannon Larner Brainard, Esq. (#5626)
> 1220 North Market Street, 5th Floor
> Wilmington, DE 19801
> Phone: (302) 552-4350
> Facsimile: (302) 651-7905
> rrwier@mdwcg.com
> slbrainard@mdwcg.com
>
> *Attorneys for Defendant*
> *American Honda Motor Co., Inc.*

Dated: June 3, 2013