IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | C.A. No. 1:13-cv-537 SLR <br><br> DEMAND FOR JURY TRIAL |

**DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Honda Motor Co., Inc. hereby submits the following corporate disclosure statement:

American Honda Motor Co., Inc. is a wholly owned subsidiary of Honda Motor Company, Ltd., a publicly held company in Japan that owns 100% of American Honda Motor Co., Inc.'s stock.

Dated: June 6, 2013

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr., Esq. (#716)
Shannon Larner Brainard, Esq. (#5626)
1220 North Market Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 552-4350
Facsimile: (302) 651-7905
rrwier@mdwcg.com
slbrainard@mdwcg.com

**STEPTOE & JOHNSON LLP**
John Caracappa, Esq. (admitted *pro hac vice*)
Paul Lall, Esq. (admitted *pro hac vice*)
Tremayne Norris, Esq. (admitted *pro hac vice*)
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Facsimile: (202) 429-3902
jcaracap@steptoe.com
plall@steptoe.com
tnorris@steptoe.com

*Attorneys for American Honda Motor Co., Inc.*