IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES LLC, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>AMERICAN HONDA MOTOR CO., INC., )<br>)<br>*Defendant.* ) | Civil Action No. 13-cv-537-RGA |

## STIPULATED FINAL JUDGMENT

Pursuant to the Stipulation and Joint Motion for Entry of Final Judgment ("Stipulation"), the Court HEREBY ORDERS as follows:

1. This is a patent infringement action brought by VOT against Honda. Honda has not asserted any counterclaims against VOT in this action.

2. This Court has jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3. The patent-in-suit is United States Patent No. 7,145,442 (the "'442 Patent"). VOT asserts that it is the owner by assignment of the '442 patent, with all substantive rights in and to that patent.

4. On June 27, 2014, the Court orally issued its claim construction order in this case and in certain related cases involving the '442 Patent (the "Claim Construction Order"). (D.I. 54.)

5. In view of the Court's Claim Construction Order, and for purposes of this stipulation and any resulting appeal only, the parties stipulate and agree that under the Court's Claim Construction Order, VOT cannot prevail on the issue of infringement of the '442 Patent

1

either literally or by equivalents. Therefore, the parties stipulate and agree to the entry this stipulated judgment of non-infringement with regard to the '442 Patent and dismiss this action with prejudice.

6. Honda's unadjudicated affirmative defenses asserted in its answer are dismissed without prejudice.

7. This Final Judgment is without prejudice to VOT's ability to appeal the Court's claim construction ruling in the Claim Construction Order. Moreover, if judgment is not affirmed on any appeal and this matter is remanded, the parties shall have all rights to pursue any claims or defenses they could have asserted had they not entered into the stipulation.

9. This Final Judgment is entered without prejudice to any rights the parties have post-judgment and/or the parties' rights to appeal any aspect of the Court's rulings preceding the Stipulated Final Judgment of Noninfringement, as well as any future orders issued by the Court.

**IT IS SO ORDERED**, this 25th day of September, 2014.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

2